Kimenhour, Appellant, *v.* Oscar Meyer & Company.

Argued March 23, 1971. *Carl M. Mazzocone,* with him *Sheer, Mazzocone & Quinn,* for appellant; *Raymond T. Cullen, Jr.,* for appellee.

Order affirmed.

Lauber *v.* Whitemarsh Memorial Park Cemetery Company, Inc., Appellant.

Cole *v.* Whitemarsh Memorial Park Cemetery Company, Inc., Appellant.

Argued March 16, 1971. *Daniel Rothman,* for appellants; *John V. Hasson,* with him *Curtis Wright,* and *Timoney, Knox, Avrigian & Hasson,* for appellees.

Orders affirmed.

HOFFMAN, J., absent.

Martin *v.* Martin, Appellant.

Argued March 8, 1971. *Gerald E. Ruth,* for appellant; *John F. Rauhauser, Jr.,* for appellee.

OPINION PER CURIAM: Order and decree affirmed. Having made an independent study of the entire record we are of the opinion that the court below properly granted a decree in divorce in this case.